People ex rel. Flowers v New York State Dept. of Corr. & Community Supervision (2020 NY Slip Op 01851)





People ex rel. Flowers v New York State Dept. of Corr. & Community Supervision


2020 NY Slip Op 01851


Decided on March 13, 2020


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on March 13, 2020

PRESENT: SMITH, J.P., CENTRA, LINDLEY, CURRAN, AND DEJOSEPH, JJ. (Filed Mar. 13, 2020.) 


KAH 19-00823.

[*1]THE PEOPLE OF THE STATE OF NEW YORK EX REL. ANTHONY FLOWERS, PETITIONER, 
v
NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, RESPONDENT.



MEMORANDUM AND ORDER
Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford , 71 AD2d 38 [4th Dept 1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Michael M. Mohun, A.J. - Habeas Corpus).